IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREDERICK J. ROTH, and<br>DEBRA A. ROTH<br><br>Plaintiffs,<br><br>v.<br><br>CABOT OIL & GAS CORPORATION, GASSEARCH DRILLING SERVICES CORPORATION,<br><br>Defendants. | Civil Action No. 3:12-cv-00898-JEJ<br><br>*Removal Date*: May 14, 2012<br><br>*Assigned to*: Hon. John E. Jones III |

## RULE 54(b) FINAL JUDGMENT

AND NOW, this 12th day of December, 2013, upon consideration of the JOINT STIPULATION OF DISMISSAL AND MOTION FOR ENTRY OF FINAL JUDGMENT, this Court finds that all claims of the following Plaintiffs should be dismissed with prejudice: Frederick J. Roth and Debra A. Roth (collectively the "Plaintiffs"). The Court also finds that there is no just reason for delay of entry of final judgment.

Therefore, it hereby is ORDERED, ADJUDGED, and DECREED that FINAL JUDGMENT is entered as to all Plaintiffs, and all claims of the Plaintiffs are dismissed with prejudice. Each Party will bear its own costs incurred during the course of the instant action.

Case 3:12-cv-00898-JEJ   Document 77   Filed 12/12/13   Page 2 of 2
Case 1:13-cv-00562-JEJ   Document 36   Filed 12/12/13   Page 2 of 2
Case 3:12-cv-00898-JEJ   Document 76-2   Filed 12/10/13   Page 2 of 2

IT IS SO ORDERED.

_____
Judge John E. Jones, III